## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **ARCELORMITTAL LONG PRODUCTS CANADA G.P.**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES**, <br><br> Defendant. | **Court Nos. 21-00037, 21-00038, 21-00039, 21-00040, 21-00041, 21-00042 & 21-00043** |

## ORDER

Before the court is the motion of plaintiff Arcelormittal Long Products Canada G.P. ("Plaintiff's Motion") seeking an order setting aside the February 2, 2024 dismissals of these actions and providing that the cases may remain on the Customs Case Management Calendar until January 31, 2025.  Mot. to Set Aside Dismissals and Reopen Cases (Feb. 5, 2024), ECF No. 12.  Plaintiff's Motion is unopposed.

Upon consideration of Plaintiff's Motion, and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's Motion be, and hereby is, granted; it is further

**ORDERED** that the February 2, 2024 dismissals of these actions be, and hereby are, vacated; and it is further

**ORDERED** that the actions are reinstated on the Customs Case Management Calendar and may remain on that calendar through January 31, 2025.

/s/ Timothy C. Stanceu  
Timothy C. Stanceu  
Judge

Dated: February 8, 2024  
New York, New York