## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ARCELORMITTAL LONG PRODUCTS CANADA GP, | ) ) |
| | ) Court No. 21-00038 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### <u>STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS</u>

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.     The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.     The imported merchandise covered by the entries set forth on Schedule A, attached, consists of steel wire rod products.

3.     The imported merchandise was classified by U.S. Customs and Border Protection under one of the following duty-free provisions of the Harmonized Tariff Schedule of the United States (HTSUS):

- 7213.91.3015 as "Bars and rods, hot-rolled, in irregularly wound coils, of iron or nonalloy steel: Other: Of circular cross section measuring less than 14 mm in diameter: Not tempered, not treated and not partly manufactured: Of Cold Heading Quality (CHQ) steel of a kind described in statistical note 6 to this chapter."

- 7213.91.3093 as "Bars and rods, hot-rolled, in irregularly wound coils, of iron or nonalloy steel: Other: Of circular cross section measuring less than 14 mm in diameter: Not tempered, not treated and not partly manufactured: Other."

- 7213.99.0030 as "Bars and rods, hot-rolled, in irregularly wound coils, of iron or nonalloy steel: Other: -Other: Of circular cross section: With a diameter of 14 mm or more but less than 19 mm."

- 7227.90.6010 as "Bars and rods, hot-rolled, in irregularly wound coils, of other alloy steel: Other: Other: Of Cold Heading Quality (CHQ) steel of a kind described in statistical note 6 to this chapter."

- 7227.90.6030 as "Bars and rods, hot-rolled, in irregularly wound coils, of other alloy steel: Other: Other: Of a circular cross section: With a diameter of less than 14 mm."

- 7227.90.6035 as "Bars and rods, hot-rolled, in irregularly wound coils, of other alloy steel: Other: Other: Of a circular cross section: With a diameter of 14 mm or more but less than 19 mm."

Additionally, the imported merchandise was assessed additional duties pursuant to Section 232 of the Trade Expansion Act of 1962, as amended, 19 U.S.C. § 1862 ("Section 232"), under subheading 9903.80.01, HTSUS, at the rate of 25 percent *ad valorem*.

4.    The stipulable imported merchandise is excluded from Section 232 duties pursuant to exclusions granted by the Bureau of Industry and Security (BIS), as listed in the attached Schedule B.

5.    The imported merchandise, covered by the entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

6.      Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7.      All other claims and non-stipulable entries are abandoned.

8.      Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: _____
Wm. Randolph Rucker
Faegre Drinker Biddle & Reath
LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1157
*Attorney for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: _____  9/17/2024
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_____  9/19/2024
GUY EDDON
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel.: (212) 264-9232 or 9230
*Attorneys for Defendant*

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Judge

Date:  __09.23.2024_____

**SCHEDULE A**

**TO STIPULATED JUDGMENT FOR COURT NO. 21-00038**

The following stipulated merchandise is to be reliquidated without the assessment of Section 232 duties.

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101739 | 9RK-2694151-8 | 1 | Cold Heading Qual WR, Green Rod 1045SKFG, 0.413"- 10.50mm CHQ Steel Spec 1045 SKFG 1045 F 13/32 | BIS-2018-0006-39188 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101763 | 9RK-2704797-6 | 2 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.433" – 11.00mm CHQ Steel Spec 4135HM STCC:3312445: Wire Rods Iors | BIS-2018-0006-39234 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101740 | 9RK-2705861-9 | 1 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.354" – 9.00mm CHQ Steel Spec 4135HM STCC:3312445: Wire Rods Iors | BIS-2018-0006-44376 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101744 | 9RK-2705861-9 | 1 | Cold Heading Qual WR, Green Rod SAE 4135HM SKFG, 0.512" – 13.00mm CHQ Steel Spec 4135HM STCC:3312448: Wire Rods | BIS-2018-0006-39108 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101711 | 9RK-2729744-9 | 1 | Cold Heading Qual WR, Green Rod 4037MOD, 0.512" – 13.00 mm CHQ Steel Spec 4037MOD STCC: 3312448: Wire Rods | BIS-2018-0006-35952 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101753 | 9RK-2701189-9 | 1 | Cold Heading Qual WR, Green Rod SAE 1541 FG, 0.625" – 15.90mm CHQ Steel Spec 1541FGP STCC:3312448: Wire Rods | 38040 |
|  |  | 2 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.625" – 15.90mm CHQ Steel Spec 4135HM STCC:3312448: Wire Rods | BIS-2018-0006-39238 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101761 | 9RK-2703518-7 | 1 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.433"- 11mm CHQ Steel Spec 4135HM STCC: 3312445: Wire Rods Iors | BIS-2018-0006-39234 |
|  |  | 2 | Cold Heading Qual WR, Green Rod 10B21MSKFG, 0.327"- 8.30mm CHQ Steel Spec 10B21M STCC: 3312448: Wire Rods | 22375 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101741 | 9RK-2705862-7 | 1 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.354" – 9.00mm CHQ Steel Spec 4135HM STCC:3312445: Wire Rods Iors | BIS-2018-0006-44376 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101742 | 9RK-2705919-5 | 1-3 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.354" – 9.00mm CHQ Steel Spec 4135HM STCC:3312445: Wire Rods Iors | BIS-2018-0006-44376 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101768 | 9RK-2707550-6 | 1 | Cold Heading Qual WR, Green Rod 1541GFKS, 0.512"- 13.00mm CHQ Steel Spec 1541 FGP STCC:3312448: Wire Rods | 38544 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.625" – 15.90mm CHQ Steel Spec 4135HM STCC:3312448: Wire Rods | BIS-2018-0006-39238 |
| | | 3 | Cold Heading Qual WR, Green Rod SAE 1335 FG, 0.625" – 15.90mm CHQ Steel Spec 1335 SKFG STCC:3312448: Wire Rods | 37917 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101792 | 9RK-2708153-8 | 1 | Cold Heading Qual WR, Green Rod SAE 1541 FG, 0.295"- 7.50mm CHQ Steel Spec 1541 FGP STCC:3312445: Wire Rods Iors | 38437 |
| | | 2 | Cold Heading Qual WR, Green Rod 1008 AKFG, 0.413-10.50mm CHQ Steel Spec 1008AKFG STCC: 3312448:Wire Rods | BIS-2018-0006-42830 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101793 | 9RK-2709769-0 | 1 | Cold Heading Qual WR, Green Rod 1008 AKFG, 0.413"- 10.50mm CHQ Steel Spec 1008AKFG STCC:3312448: Wire Rods | BIS-2018-0006-42830 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101710 | 9RK-2709826-8 | 1 | Cold Heading Qual WR, Green Rod 4037MOD, 0.512"- 13.00mm CHQ Steel Spec 4037MOD STCC:3312448: Wire Rods | BIS-2018-0006-35952 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.640" – 16.30mm CHQ Steel Spec 4135HM STCC:3312445: Wire Rods Iors | 91515 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101745 | 9RK-2716549-7 | 1 | Cold Heading Qual WR, Green Rod 4135HM SKFG, 0.512"- 13.00mm CHQ Steel Spec 4135HM STCC: 3312448:Wire Rods | BIS-2018-0006-39108 |
| | | 2-3 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.640" – 16.30mm CHQ Steel Spec 4135HM STCC:3312445: Wire Rods Iors | 91515 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101719 | 9RK-2716549-7 | 1 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.413 -10.50mm CHQ Steel Spec 1038CG STCC: 3312448: Wire Rods | BIS-2018-0006-36039 |
| | | 2 | Cold Heading Qual WR, Green Rod 1045SKFG, 0.413"-10.50mm CHQ Steel Spec 1045 SKFG STCC:3312445: Wire Rods Iors | BIS-2018-0006-39188 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101730 | 9RK-2718068-6 | 1 | Cold Heading Qual WR, Green Rod SAE 1541 FG, 0.327" – 8.30mm CHQ Steel Spec 1541FGP STCC:3312448: Wire Rods | 38472 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.256" – 6.50mm CHQ Steel Spec 1038CG STCC:3312448: Wire Rods | BIS-2018-0006-39145 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101773 | 9RK-2722374-2 | 1 | Cold Heading Qual WR, Green Rod 10B21MSKFG, 0.640" -16.30mm CHQ Steel Spec 10B21M STCC:3312445: Wire Rods Iors | 26300 |
| | | 2 | Cold Heading Qual WR, Green Rod 1340 FG SK, 0.734" - 18.60mm CHQ Steel Spec 1340 SKFG STCC:3312445: Wire Rods Iors | 83117 |
| | | 3 | Cold Heading Qual WR, Green Rod 1045SKFG, 0.413 -10.50mm CHQ Steel Spec 1045 SKFG STCC:3312445: Wire Rods Iors | BIS-2018-0006-39188 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101775 | 9RK-2726756-6 | 1 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.433" – 11.00mm CHQ Steel Spec 4135HM STCC:3312445: Wire Rods Iors | BIS-2018-0006-39234 |
| | | 2 | Cold Heading Qual WR, Green Rod 10B30SKFG, 0.454" – 11.50mm CHQ Steel Spec 10B30 SKFG STCC:3312445: Wire Rods Iors | 27019 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101731 | 9RK-2722374-2 | 1 | Cold Heading Qual WR, Green Rod 1541GFKS, 0.250"- 6.35mm CHQ Steel Spec 1541FGP STCC:3312448: Wire Rods | 59425 |
| | | 2-3 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.256"- 6.50mm CHQ Steel Spec 1038CG STCC:3312448: Wire Rods | BIS-2018-0006-39145 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101733 | 9RK-2729668-0 | 1 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.413"- 10.50mm CHQ Steel Spec 1038CG STCC:3312448:Wire Rods | BIS-2018-0006-39145 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 10B21MFG, 0.413" – 10.50mm CHQ Steel Spec 10B21M STCC:3312448: Wire Rods | 22696 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3801-20-101734 | 9RK-2729735-7 | 1 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.413" – 10.50mm CHQ Steel Spec 1038CG STCC:3312448: Wire Rods | BIS-2018-0006-36039 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100958 | 9RK-2694748-1 | 1-2 | Cold Heading Qual WR, Green Rod 1008 AKFG, 0.413" -10.50mm CHQ Steel Spec 1008AKFG STCC:3312448: Wire Rods | BIS-2018-0006-42830 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100928 | 9RK-2705804-9 | 3 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.354" – 9.00mm CHQ Steel Spec 4135HM STCC:3312445: Wire Rods Iors | BIS-2018-0006-44376 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100879 | 9RK-2719673-2 | 1 | Cold Heading Qual WR, Green Rod 4037SIKFG, 0.454"-11.50mm CHQ Steel Spec 4037 STCC: 3312448:Wire Rods | BIS-2018-0006-38813 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.472"-12.00mm CHQ Steel Spec 1038CG STCC: 3312448:Wire Rods | BIS-2018-0006-39169 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100880 | 9RK-2729594-8 | 1 | Cold Heading Qual WR, Green Rod 4037MOD, 0.512"-13.00mm CHQ Steel Spec 4037MOD STCC: 3312448:Wire Rods | BIS-2018-0006-35952 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100898 | 9RK-2694000-7 | 1 | Cold Heading Qual WR, Green Rod SAE 1038 CG 0.413"- 10.50mm CHQ Steel Spec 1038CG STCC: 3312448:Wire Rods | BIS-2018-0006-36039 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100899 | 9RK-2694065-0 | 1 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.413-10.50mm CHQ Steel Spec 1038CG STCC: 3312448:Wire Rods | BIS-2018-0006-36039 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100900 | 9RK-2694073-4 | 1 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.413"-10.50mm CHQ Steel Spec 1038CG STCC: 3312448:Wire Rods | BIS-2018-0006-36039 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100864 | 9RK-2694451-2 | 1 | Cold Heading Qual WR, Green Rod SAE 1038CG, 0.472"-12.00 CHQ Steel Spec 1038CG STCC:3312448: Wire Rods | BIS-2018-0006-39169 |
| | | 2 | Cold Heading Qual WR, Green Rod 10B30SKFG, 0.563"-14.30mm CHQ Steel Spec 10B30 SKFG | 27091 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100902 | 9RK-2696156-5 | 1 | Cold Heading Qual WR, Green Rod SAE 10B21M FG, 0.413"-10.50mm CHQ Steel Spec 10B21M STCC:3312448: Wire Rods | 22696 |
| | | 2 | Cold Heading Qual WR, Green Rod 1340 FG, 0.734"-18.60mm CHQ Steel Spec 1340 SKFG STCC:3312448: Wire Rods Iors | 83117 |
| | | 3 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.413"-10.50mm CHQ Steel Spec 1038CG STCC:3312448: Wire Rods | BIS-2018-0006-36039 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100868 | 9RK-2703916-3 | 1 | Cold Heading Qual WR, Green Rod 4037MOD, 0.512" -13.00mm CHQ Steel Spec 4037MOD STCC:3312448: Wire Rods | BIS-2018-0006-35952 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 1541 FG, 0.563" -14.00mm CHQ Steel Spec 1541 FGP STCC:3312448: Wire Rods | 38111 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100904 | 9RK-2709571-0 | 1 | Cold Heading Qual WR, Green Rod SAE 1038CG, 0.413"-10.50mm CHQ Steel Spec 1038CG STCC:3312448: Wire Rods | BIS-2018-0006-36039 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100874 | 9RK-2715464-0 | 1 | Cold Heading Qual WR, Green Rod 1541GFKS, 0.512"-13.00mm CHQ Steel Spec 1541 FGP STCC:3312448: Wire Rods | 38544 |
| | | 2 | Cold Heading Qual WR, Green Rod 4037MOD, 0.512"-13.00mm CHQ Steel Spec 4037MOD STCC:3312448: Wire Rods | BIS-2018-0006-35952 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100891 | 9RK-2729706-8 | 1 | Cold Heading Qual WR, Green Rod 4037MOD, 0.512"-13.00mm CHQ Steel Spec 4037MOD STCC:3312448: Wire Rods | BIS-2018-0006-35952 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 1541 FG, 0.413"-10.50mm CHQ Steel Spec 1541 FGP STCC:3312448: Wire Rods | 38092 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100917 | 9RK-2683769-0 | 1 | Cold Heading Qual WR, Green Rod 10B30SKFG, 0.484"-12.30 CHQ Steel Spec 10B30 SKFG STCC:3312445: Wire Rods Iors | 27032 |
| | | 2 | Cold Heading Qual WR, Green Rod 10B23M, 0.484"-12.30 CHQ Steel Spec 10B23M STCC:3312448: Wire Rods | 26702 |
| | | 3 | Cold Heading Qual WR, Green Rod 4135HM SKFG, 0.512"-13.00 CHQ Steel Spec 4135HM STCC:3312448: Wire Rods | BIS-2018-0006-39108 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100918 | 9RK-2688457-7 | 1 | Cold Heading Qual WR, Green Rod 1335 FG, 0.640" – 16.30 CHQ Steel Spec 1335SKFG STCC:3312448: Wire Rods | 37994 |
| | | 2 | Cold Heading Qual WR, Green Rod 4135HM SKFG, 0.512" – 13.00 CHQ Steel Spec 4135HM STCC:3312448: Wire Rods | BIS-2018-0006-39108 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100933 | 9RK-2691970-4 | 1 | Cold Heading Qual WR, Green Rod 1335 FG, 0.625"-15.90mm CHQ Steel Spec 1335 SKFG STCC: 3312448:Wire Rods | 37917 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.625" – 15.90mm CHQ Steel Spec 4135HM STCC:3312448: Wire Rods | BIS-2018-0006-39238 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100959 | 9RK-2694788-7 | 1 | Cold Heading Qual WR, Green Rod 1008 AKFG, 0.413"- 10.50mm CHQ Steel Spec 1008AKFG STCC:3312448: Wire Rods | BIS-2018-0006-42830 |
| | | 2 | Cold Heading Qual WR, Green Rod 1008 AKFG, 0.413"- 10.50mm CHQ Steel Spec 1008AKFG STCC:3312448: Wire Rods | BIS-2018-0006-38879 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100939 | 9RK-2702349-8 | 1 & 3 | Cold Heading Qual WR, Green Rod 1038 CG, 0.512"-13.00mm CHQ Steel Spec 1038CG 1038 C 33/64 STCC: 3312448:Wire Rods | BIS-2018-0006-38652 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100921 | 9RK-2703589-8 | 1 | Cold Heading Qual WR, Green Rod 1541 GFKS, 0.512"-13.00mm CHQ Steel Spec 1541 FGP STCC: 3312448:Wire Rods | 38544 |
| | | 2-3 | Cold Heading Qual WR, Green Rod 4135HM SKFG, 0.512"-13.00mm CHQ Steel Spec 4135HM 4135 F 33/64 STCC: 3312448:Wire Rods | BIS-2018-0006-39108 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100975 | 9RK-2706196-9 | 1 | Cold Heading Qual WR, Green Rod SAE 4135H FG, 0.472" – 12.00mm CHQ Steel Spec 4135HM 4135 F 15/32 STCC: 3312445:Wire Rods Iors | BIS-2018-0006-42775 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 1541 FG, 0.563" -14.00mm CHQ Steel Spec 1541 FGP STCC:3312448: Wire Rods | 38111 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100922 | 9RK-2710691-3 | 1 | Cold Heading Qual WR, Green Rod 10B21 MSKFG, 0.327"-8.30mm CHQ Steel Spec 10B21M<br>STCC: 3312448:Wire Rods | 22375 |
| | | 2 | Cold Heading Qual WR, Green Rod SAE 1541 FG, 0.327"-8.30mm CHQ Steel Spec FGP<br>STCC: 3312448:Wire Rods | 38472 |
| | | 3 | Cold Heading Qual WR, Green Rod 1010 AKFG, 0.335"-8.50mm ASTN F2282-1010<br>STCC: 3312448:Wire Rods | BIS-2018-0006-42557 |
| | | 4 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.256"-6.50mm CHQ Steel Spec 1038CG<br>STCC: 3312448:Wire Rods | BIS-2018-0006-39145 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100965 | 9RK-2716349-2 | 1 | Cold Heading Qual WR, Green Rod SAE 10B21M FG, 0.413" -10.50mm CHQ Steel Spec 10B21M<br>STCC: 3312448:Wire Rods | 22696 |
| | | 2 | Cold Heading Qual WR, Green Rod 1008 AKFG, 0.413" -10.50mm CHQ Steel Spec 1008AFKG<br>STCC: 3312448:Wire Rods | BIS-2018-0006-42830 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100863[1] | 9RK-2694392-8 | 1 | Cold Heading Qual WR, Green Rod SAE 4037 FG, 0.327" -8.30mm CHQ Steel Spec 4037<br>STCC:3312448: Wire Rods | BIS-2018-0006-39162 |
| | | 3 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.472" -12.00mm CHQ Steel Spec 1038CG<br>STCC:3312448: Wire Rods | BIS-2018-0006-39169 |

---

[1] Because Plaintiff has already received a duty refund in relation to Line No. 2 of Entry No. 9RK-26943928, any claims to refunds on duties paid under Line No. 2 of Entry No. 9RK-26943928 are abandoned.

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100867[2] | 9RK-2703668-0 | 1 | Cold Heading Qual WR, Green Rod 4135HM SKFG 0.512" -13.00mm CHQ Steel Spec 4135HM STCC: 3312448:Wire Rods | BIS-2018-0006-39108 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100871[3] | 9RK-2709715-3 | 2 | Cold Heading Qual WR, Green Rod 4037MOD, 0.512" – 13.00mm CHQ Steel Spec 4037MOD STCC: 3312448:Wire Rods | BIS-2018-0006-35952 |

| Protest No. | Entry No. | Line No. | Product Description | Exclusion Request No. |
|---|---|---|---|---|
| 3802-20-100894[4] | 9RK-2697607-6 | 3 | Cold Heading Qual WR, Green Rod SAE 1038 CG, 0.413"-10.50mm CHQ Steel Spec 1038CG STCC: 3312448:Wire Rods | BIS-2018-0006-36039 |

---

[2] Because Plaintiff has already received a duty refund in relation to Line No. 2 of Entry No. 9RK-2703668-0, any claims to refunds on duties paid under Line No. 2 of Entry No. 9RK-2703668-0 are abandoned.

[3] Because Plaintiff has already received a duty refund in relation to Line No. 1 of Entry No. 9RK-2709715-3, any claims to refunds on duties paid under Line No. 1 of Entry No. 9RK-2709715-3 are abandoned.

[4] Because Plaintiff has already received a duty refund in relation to Line Nos. 1-2 of Entry No. 9RK-2697607-6, any claims to refunds on duties paid under Line Nos. 1-2 of Entry No. 9RK-2697607-6 are abandoned.

**SCHEDULE B**

**TO STIPULATED JUDGMENT FOR COURT NO. 21-00038**

The following exclusions apply to the stipulated merchandise at issue in this action.

| Exclusion Request No. | Product Description | HTSUS No. | Entry No. (Line No.) |
|---|---|---|---|
| BIS-2018-0006-35952 | Steel Grade SAE 4037, 33/64 (.515"), Cold Heading Quality (CHQ), Hot-rolled wire-rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7227.90.6010 | 9RK-2729744-9 (1)<br>9RK-2709826-8 (1)<br>9RK-2729594-8 (1)<br>9RK-2703916-3 (1)<br>9RK-2715464-0 (2)<br>9RK-2729706-8 (1)<br>9RK-2709715-3 (2) |
| BIS-2018-0006-36039 | Steel Grade SAE 1038, 13/32 (.406"), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7213.91.3015 | 9RK-2716549-7 (1)<br>9RK-2729735-7 (1)<br>9RK-2694000-7 (1)<br>9RK-2694065-0 (1)<br>9RK-2694073-4 (1)<br>9RK-2696156-5 (3)<br>9RK-2709571-0 (1)<br>9RK-2697607-6 (3) |
| BIS-2018-0006-38652 | Steel Grade SAE 1038, 33/64 (.515"), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7213.91.3015 | 9RK-2702349-8 (1, 3) |
| BIS-2018-0006-39108 | Steel Grade 4135 33/64, (.515"), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7227.90.6030 | 9RK-2705861-9 (1)<br>9RK-2716549-7 (1)<br>9RK-2683769-0 (3)<br>9RK-2688457-7 (2)<br>9RK-2703589-8 (2-3)<br>9RK-2703668-0 (1) |

| Exclusion Request No. | Product Description | HTSUS No. | Entry No. (Line No.) |
|---|---|---|---|
| BIS-2018-0006-39145 | Steel Grade SAE 1038, 17/64 (.265"), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7213.91.3015 | 9RK-2718068-6 (2) 9RK-2722374-2 (2-3) 9RK-2729668-0 (1) 9RK-2710691-3 (4) |
| BIS-2018-0006-39169 | Steel Grade SAE 1038, 15/32 (.468"), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7213.91.3015 | 9RK-2719673-2 (2) 9RK-2694451-2 (1) 9RK-2694392-8 (3) |
| BIS-2018-0006-39188 | Steel Grade SAE 1045, 13/32 (.406"), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7213.91.3093 | 9RK-2694151-8 (1) 9RK-2716549-7 (2) 9RK-2722374-2 (3) |
| BIS-2018-0006-39234 | Steel Grade 4135 07/16, (.438"), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7227.90.6030 | 9RK-2704797-6 (2) 9RK-2703518-7 (1) 9RK-2726756-6 (1) |
| BIS-2018-0006-39238 | Steel Grade 4135 39/64, (.609"), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7227.90.6035 | 9RK-2701189-9 (2) 9RK-2707550-6 (2) 9RK-2691970-4 (2) |

| Exclusion Request No. | Product Description | HTSUS No. | Entry No. (Line No.) |
|---|---|---|---|
| BIS-2018-0006-42775 | Steel Grade 4135 15/32, (.468"), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7227.90.6030 | 9RK-2706196-9 (1) |
| BIS-2018-0006-42830 | Steel Grade SAE 1008 13/32 (.406"), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7213.91.3015 | 9RK-2708153-8 (2) 9RK-2709769-0 (1) 9RK-2694748-1 (1-2) 9RK-2694788-7 (1) 9RK-2716349-2 (2) |
| BIS-2018-006-44376 | Steel Grade 4135 23/64, (.359"), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing. Tolerance range of plus/minus 0.5 millimeters from the original specified diameter in inches. | 7227.90.6030 | 9RK-2705861-9 (1) 9RK-2705862-7 (1) 9RK-2705919-5 (1-3) 9RK-2705804-9 (3) |
| BIS-2018-0006-38813 | Steel Grade SAE 4037, 29/64 (.453"), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 11 to 12 millimeters. | 7213.91.3015 | 9RK-2719673-2 (1) |
| BIS-2018-0006-38879 | Steel Grade 4135 13/32, (.406"), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 10 to 11 millimeters. | 7227.90.6030 | 9RK-2694788-7 (2) |

| Exclusion Request No. | Product Description | HTSUS No. | Entry No. (Line No.) |
|---|---|---|---|
| BIS-2018-0006-39162 | Steel Grade SAE 1038, 33/64 (.515"), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 8 to 9 millimeters. | 7227.90.6010 | 9RK-2694392-8 (1) |
| BIS-2018-0006-42557 | Steel Grade SAE 1038, 21/64 (.328"), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 8 to 9 millimeters. | 7213.91.3015 | 9RK-2710691-3 (3) |
| 22375 | Steel Grade SAE 10B21 21/64 (.328 INCHES), Cold Heading Quality (CHQ), Hot Rolled Wire Rod for steel fastener manufacturing with an outside diameter (including tolerances) of 8 to 9 millimeters. | 7227.90.6010 | 9RK-2710691-3 (1) |
| 22696 | Steel Grade SAE 10B21 21/64 (.406 INCHES), Cold Heading Quality (CHQ), Hot Rolled Wire Rod for steel fastener manufacturing with an outside diameter (including tolerances) of 10 to 11 millimeters. | 7227.90.6010 | 9RK-2729668-0 (1) 9RK-2696156-5 (1) 9RK-2716349-2 (1) |
| 27019 | Steel Grade SAE 10B30 29/64 (.453 inches), Cold Heading Quality (CHQ), Hot rolled wire rod for steel fastener manufacturing with an outside diameter (including tolerances) of 11 to 12 millimeters. | 7227.90.6010 | 9RK-2726756-6 (2) |
| 38092 | Steel Grade SAE 1541, size 13/32 (.406 INCHES), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 10 to 11 millimeters. | 7213.91.3015 | 9RK-2729706-8 (2) |

| Exclusion Request No. | Product Description | HTSUS No. | Entry No. (Line No.) |
|---|---|---|---|
| 38111 | Steel Grade SAE 1541 09/16 (.562 inches), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 14 to 15 millimeters. | 7213.99.0030 | 9RK-2703916-3 (2)<br>9RK-2706196-9 (2) |
| 38437 | Steel Grade SAE 1541 19/16 (.296 inches), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 7 to 8 millimeters. | 7227.90.6010 | 9RK-2708153-8 (1) |
| 38472 | Steel Grade SAE 1541 21/64 (.328 inches), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 8 to 9 millimeters. | 7213.91.3015 | 9RK-2718068-6 (1)<br>9RK-2710691-3 (2) |
| 38544 | Steel Grade SAE 1541 33/64 (.515 inches), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing with an outside diameter (including tolerances) of 13 millimeters. | 7213.91.3015 | 9RK-2707550-6 (1)<br>9RK-2715464-0 (1)<br>9RK-2703589-8 (1) |
| 26300 | Steel Grade SAE 10B21 41/64 (.640 INCHES), Cold Heading Quality (CHQ), Hot Rolled Wire Rod for steel fastener manufacturing. | 7227.90.6010 | 9RK-2722374-2 (1) |
| 26702 | Steel Grade SAE 10B23 31/64 (.484 INCHES), Cold Heading Quality (CHQ), Hot Rolled Wire Rod for steel fastener manufacturing. | 7227.90.6010 | 9RK-2683769-0 (2) |

| Exclusion Request No. | Product Description | HTSUS No. | Entry No. (Line No.) |
|---|---|---|---|
| 27032 | Steel Grade SAE 10B30, 31/64 (.484 inches), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. | 7227.90.6010 | 9RK-2683769-0 (1) |
| 37917 | Steel Grade SAE 1335, 05/08 (.625 INCHES), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. | 7227.90.6010 | 9RK-2707550-6 (3) 9RK-2691970-4 (1) |
| 37994 | Steel Grade SAE 1335, 41/64 (.640 inches), Cold Heading Quality (CHQ), Hot rolled wire rod used for steel fastener manufacturing. | 7227.90.6010 | 9RK-2688457-7 (1) |
| 38040 | Steel Grade SAE 1541, 05/08 size 0.625 INCHES, Cold Heading Quality (CHQ), hot rolled wire rod used for steel fastener manufacturing. | 7213.99.0030 | 9RK-2701189-9 (1) |
| 59425 | Steel Grade SAE 1541 01/04 (.250 INCHES), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing. | 7213.91.3015 | 9RK-2722374-2 (1) |
| 83117 | Steel Grade SAE 1340 47/64 (.734 INCHES), Cold Heading Quality (CHQ), Hot Rolled Wire Rod Used for Steel Fastener Manufacturing. | 7213.99.0030 | 9RK-2696156-5 (2) |
| 91515 | Steel Grade SAE 4135 41/64 (.640 INCHES), Cold Heading Quality (CHQ), Hot Rolled Wire Rod used for steel fastener manufacturing. | 7227.90.6035 | 9RK-2709826-8 (2) 9RK-2716549-7 (2-3) |